## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 (Subchapter V) |
| | ) | |
| Alecto Healthcare Services LLC, | ) | Case No. 23-10787 (JKS) |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| The Reed Action Judgement Creditors, | ) | |
| | ) | |
| Appellant, | ) | Civil Action No. 1:23-cv-01442-GBW |
| | ) | |
| v. | ) | Bankruptcy BAP No. 23-65 |
| | ) | |
| Alecto Healthcare Services LLC, | ) | |
| | ) | |
| Appellee. | ) | |
| | ) | |
| _____ | ) | |
| The Reed Action Judgement Creditors, | ) | |
| | ) | Civil Action No. 1:24-cv-00494-GBW |
| Appellant, | ) | |
| | ) | Bankruptcy BAP No. 24-24 |
| v. | ) | |
| | ) | |
| Alecto Healthcare Services LLC, | ) | |
| | ) | |
| Appellee. | ) | |

### ORDER GRANTING THE UNOPPOSED MOTION FOR
### EXTENSION OF BRIEFING SCHEDULE

Upon consideration of the UNOPPOSED MOTION FOR THE EXTENSION OF BRIEFING SCHEDULE, it is hereby ordered that the motion is GRANTED. The briefing schedule on the appeal briefs filed by the parties shall be as follows:

| Event | Deadline |
|---|---|
| Appellant's Opening Brief | October 14, 2024 |
| Appellee's Answering Brief | November 20, 2024 |

| Event | Deadline |
|-------|----------|
| Appellant's Reply Brief | December 6, 2024 |

SO ORDERED this ___19th___ day of ___September___ 2024.

The Honorable Gregory B. Williams
United States District Court Judge