**IN THE UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 (Subchapter V) |
| | ) | |
| Alecto Healthcare Services LLC, | ) | Case No. 23-10787 (JKS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| The Reed Action Judgement Creditors, | ) | |
| | ) | Civil Action No. 1:24-cv-00494-GBW |
| Appellants, | ) | |
| | ) | Bankruptcy BAP No. 24-24 |
| v. | ) | |
| Alecto Healthcare Services LLC, | ) | |
| | ) | |
| Appellee. | ) | |

**AMENDED DESIGNATION OF RECORD, STATEMENT OF ISSUES AND CERTIFICATE REGARDING TRANSCRIPTS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8009**

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, Appellant, the Reed Action Judgment Creditors, by and through its undersigned counsel, hereby submits this amended designation of record and statement of issues on appeal and files and certificate stating that Appellant previously ordered the relevant transcripts (audio available at Docket Nos. 233, 234, 330, 331 and 342) in connection with its appeal under 28 U.S.C. § 158 from the following orders, judgments, and decrees issued by the U.S. Bankruptcy Court for the District of Delaware (Stickles, J.) in the above-captioned chapter 11 case:

- Order Denying Objection of the Reed Action Judgment Creditors to Debtor's Designation of This Case as a Subchapter V Case and Motion to Revoke Debtor's Designation as a Subchapter V Debtor [Docket No. 243].
- Ruling on Confirmation of Small Business Debtor's Plan of Reorganization Proposed by the Debtor [Doc. No. 343]; and

- Finding of Facts and Conclusions of Law Confirming Small Business Debtor's Plan of Reorganization (the "Confirmation Order") entered by the Bankruptcy Court on April 4, 2024 [Doc No. 354].

**DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

| No. | Document Description | D.I. | JX[1] |
|---|---|---|---|
| 1 | Motion of the Reed Action Judgment Creditors to Revoke Debtor's Designation as a Subchapter V Debtor | 204 | |
| 2 | Preliminary Response of the Debtor in Opposition to the Objection of the Reed Action Judgment Creditors to Debtor's Designation of This Case as a Subchapter V Case and Motion to Revoke Debtor's Designation as a Subchapter V Debtor | 226 | |
| 3 | Reply in Response to Preliminary Response of the Debtor in Opposition to the Objection of the Reed Action Judgment Creditors to Debtor's Designation of This Case as a Subchapter V Case and Motion to Revoke Debtor's Designation as a Subchapter V Debtor | 227 | |
| 4 | List of scheduled non-contingent and liquidated claims (Ex. A to the Objection/ Motion) | 204-2 | |
| 5 | Claim No. 19-1 (Ex. B to Objection/Motion) | 204-3 | |
| 6 | Claim No. 4-1 (Ex. C to Objection/Motion) | 204-4 | |
| 7 | Claim No. 5-1 (Ex. D to Objection/Motion) | 204-5 | |
| 8 | Claim No. 15-1 (Ex. E to Objection/Motion) | 204-6 | |
| 9 | Claim No. 8-1 (Ex. F to Objection/Motion) | 204-7 | |
| 10 | Claim No. 10-1 (Ex. G to Objection/Motion) | 204-8 | |
| 11 | Claim No. 20-1 (Ex. H to Objection/Motion) | 204-9 | |
| 12 | Transcript from continued Rule 341 meeting of creditors, dated October 17, 2023 (Ex. I to Objection/Motion) | 204-10 | |
| 13 | Complaint in Delaware Superior Court Case No. N21C-01-146, LHP Hospital Group, Inc., v. Alecto Healthcare Services LLC et al (Ex. J to Objection/Motion)("LHP Complaint") | 204-11 | |
| 14 | Purchase Agreement, dated September 23, 2014 (Ex. B to Debtor's Response) | 226-2 | |

[1] JX refers to the Joint Exhibit number for exhibits admitted into evidence at the Confirmation Hearing.

| No. | Document Description | D.I. | JX[1] |
|---|---|---|---|
| 15 | Confidential Settlement Agreement, dated February 16, 2022 (Ex. C to Debtor's Response) | 226-3 | |
| 16 | LHP demand letter to Alecto Sherman, dated June 28, 2023 (Ex. D to Debtor's Response | 226-4 | |
| 17 | Guarantee, dated September 23, 2014 (Ex. 1 to Reply) | 227-1 | |
| 18 | Assignment and Assumption of Leases, dated October 31, 2014 (Ex. 2 to Reply) | 227-2 | |
| 19 | Consent Agreement, dated October 31, 2014 (Ex. 3 to Reply) | 227-3 | |
| 20 | Lease Agreement, dated August 21, 2012 (Ambulatory Surgery Center); Exhibit 17 at 11/29/23 Hearing | - | |
| 21 | Lease Agreement, dated August 21, 2012 (Existing Physician Suites); Exhibit 18 at 11/29/23 Hearing | - | |
| 22 | Lease Agreement, dated August 21, 2012 (Master Lease-Existing Space); Exhibit 19 at 11/29/23 Hearing | - | |
| 23 | Lease Agreement, dated August 21, 2012 (Hospital Occupied Common Areas); Exhibit 20 at 11/29/23 Hearing | - | |
| 24 | Lease Agreement, dated August 21, 2012 (Master Lease – Shell Space); Exhibit 21 at 11/29/23 Hearing | - | |
| 25 | Agreed Judgment in Grayson County, Texas Justice Court Cause No. JC1-20-0538, Altera Highland, LLC v. Sherman/Grayson Hospital, LLC; Exhibit 22 at 11/29/23 Hearing | - | |
| 26 | Debtor's Schedules | 48 | |
| 27 | Sherman/Grayson Hospital LLC Schedules; Exhibit 24 1 at 11/29/23 Hearing | - | |
| 28 | Claim No. 18-1 (filed by Alecto Health Care Services Ohio Valley LLC, Health Plan); Exhibit 25 at 11/29/23 Hearing | - | |
| 29 | Official list of claims; Exhibit 26 at 11/29/23 Hearing | - | |
| 30 | Proof of Payment by wire by Debtor to LHP Hospital Group, Inc.; Exhibit 27 at 11/29/23 Hearing | - | |
| 31 | Altera Highland, LLC Invoice Dated 4/21/2021; Exhibit 28 at 11/29/23 Hearing | - | |
| 32 | Altera Highland, LLC Invoice Dated 12/17/2020; Exhibit 29 at 11/29/23 Hearing | - | |
| 33 | Altera Highland, LLC Invoice Dated 2/18/2021; Exhibit 30 at 11/29/23 Hearing | - | |

| No. | Document Description | D.I. | JX[1] |
|---|---|---|---|
| 34 | Altera Highland, LLC Invoice Dated 3/15/2021; Exhibit 31 at 11/29/23 Hearing | - | |
| 35 | Altera Highland, LLC Invoice Dated 1/19/2021; Exhibit 32 at 11/29/23 Hearing | - | |
| 36 | Altera Highland, LLC Invoice Dated 5/14/2021; Exhibit 33 at 11/29/23 Hearing | - | |
| 37 | Altera Highland, LLC Invoice Dated 6/14/2021; Exhibit 34 at 11/29/23 Hearing | - | |
| 38 | Altera Highland, LLC Invoice Dated 7/15/2021; Exhibit 35 at 11/29/23 Hearing | - | |
| 39 | Altera Highland, LLC Invoice Dated 8/17/2021; Exhibit 36 at 11/29/23 Hearing | - | |
| 40 | Altera Highland, LLC Invoice Dated 9/14/2021; Exhibit 37 at 11/29/23 Hearing | - | |
| 41 | Settlement Agreement dated 10/15/20 for Aug - Oct 2020; Exhibit 38 at 11/29/23 Hearing | - | |
| 42 | Altera Highland, LLC Invoice Dated 10/14/2021; Exhibit 39 at 11/29/23 Hearing | - | |
| 61 | Altera Highland, LLC Invoice Dated 2/19/2023; Exhibit 58 at 11/29/23 Hearing | - | |
| 62 | Altera Highland, LLC Invoice Dated 3/19/2023; Exhibit 59 at 11/29/23 Hearing | - | |
| 63 | Altera Highland, LLC Invoice Dated 4/19/2023; Exhibit 60 at 11/29/23 Hearing | - | |
| 64 | Altera Highland, LLC Invoice Dated 5/22/2023; Exhibit 61 at 11/29/23 Hearing | - | |
| 65 | Altera Highland, LLC Invoice Dated 6/22/2023; Exhibit 62 at 11/29/23 Hearing | - | |
| 66 | Altera Highland, LLC Invoice Dated 7/19/2023; Exhibit 63 at 11/29/23 Hearing | - | |
| 67 | Altera Highland, LLC Invoice Dated 8/18/2023; Exhibit 64 at 11/29/23 Hearing | - | |
| 68 | Altera Highland, LLC Invoice Dated 9/20/2023; Exhibit 65 at 11/29/23 Hearing | - | |
| 69 | Altera Highland, LLC Invoice Dated 10/23/2023; Exhibit 66 at 11/29/23 Hearing | - | |

| No. | Document Description | D.I. | JX[1] |
|---|---|---|---|
| 70 | Payment Summary; Exhibit 67 at 11/29/23 Hearing | - | |
| 71 | Periodic Report Regarding Value, Operations and Profitability of Entities in Which the Debtors' Estates Hold a Substantial or Controlling Interest for the period ending 06/30/2023 | 79 | |
| 72 | Transcript of November 29, 2023 Hearing | 233 | |
| 73 | Transcript of Bench Ruling at December 1, 2023 Hearing before the Honorable J. Kate Stickles United States Bankruptcy Judge | 241 | |
| | **Trial Exhibits** | | |
| 1 | Alecto Healthcare Services LLC Tax Returns for 2019 | - | JX 1 |
| 2 | Alecto Healthcare Services LLC Month to Month Financials for 2019 | - | JX 2 |
| 3 | Alecto Healthcare Services LLC Month to Month Financials for 2020 | - | JX 4 |
| 4 | Amended and Restated Alecto Operating Agreement | - | JX 13 |
| 5 | Alecto Healthcare Services LLC Balance Sheet Summary 12/31/2019 | - | JX 41 |
| 6 | Letter re: Notice of and Demand for Payment of Withdrawal Liability of Fairmont General Hospital | - | JX 42 |
| 7 | Letter re: Revised Notice of and Demand for Payment of Withdrawal Liability of Fairmont General Hospital | - | JX 43 |
| 8 | Alecto Healthcare Services LLC Balance Sheet Summary 12/31/2020 | - | JX 44 |
| 9 | Assignment of Membership Interests of Sunrise MOB Holdings LLC | - | JX 45 |
| 10 | Alecto Healthcare Services LLC Balance Sheet Summary 12/31/2021 | - | JX 50 |
| 11 | Order Resolving Motions in Case No. 5:19-cv-00263-JPB-JPM | - | JX 53 |
| 12 | Judgment Order in Case No. 5:19-cv-00263-JPB-JPM | - | JX 54 |
| 13 | Alecto Healthcare Services LLC YTD Income Statement, Balance Sheet and Statement of Cash Flows as of April 30, 2023 | - | JX 62 |
| 14 | Sarrao Declaration in support of Sherman/Grayson Sale Motion [23-10810 Docket No. 61] | - | JX 66 |
| 15 | First Supplemental Declaration of Michael Sarrao in Support of: (I) Application for Entry of an Order Authorizing the Retention and Employment of Shulman Bastian Friedman & Bui LLP as Bankruptcy Counsel to the Debtor Nunc Pro Tunc to the Petition Date Through August 14, 2023, and (II) Application for Entry of an Order Authorizing the Retention and Employment of the Rosner Law Group LLC as Delaware Bankruptcy Counsel to the Debtor Nunc Pro Tunc to the Petition Date Through August 14, 2023 (without exhibits) | 112 | JX 70 |

| No. | Document Description | D.I. | JX[1] |
|---|---|---|---|
| 16 | Deposition Transcript of Leanne Gould | - | JX 84 |
| 17 | Leanne Gould Errata for Deposition Transcript | - | JX 85 |
| 18 | Deposition Transcript of Steve Balasiano | - | JX 93 |
| 19 | Letter Report of Gould Consulting Services | 261-4 | JX 96 |
| 20 | Plaza Medical Office Building LLC bank statements [Acct. No. 2120] for the period from January through December 2022 | - | JX 101 |
| 21 | Plaza Medical Office Building LLC bank statements Acct. No.. 2120] for the period from July through December 2021 | - | JX 102 |
| 22 | Excerpt from Alecto Healthcare Services LLC Detailed General Ledger for January to September 2021 [Rows 2668 – 2673] | - | JX 109 |
| 23 | Excerpt from Alecto Healthcare Services LLC Detailed General Ledger for January to September 2023 [Rows 1081 – 1102] | - | JX 110 |
| 24 | The UCLA Health Transaction | - | JX 111 |
| 25 | Seller's Estimated Settlement Statement | - | JX 119 |
| | | | |
| | **Case Filings and Pleadings** | | |
| 26 | Small Business Debtor's Plan of Reorganization Proposed by the Debtor | 261 | |
| 27 | Objection of the Reed Action Judgment Creditors to Confirmation of Small Business Debtor's Plan of Reorganization Proposed by the Debtor | 299 | |
| 28 | Debtor's Witness and Exhibit List for Hearings on March 4, 2024 at 1:00 P.M. (E.T.) and March 5, 2024 at 10:00 A.M. (E.T.) | 305 | |
| 29 | Reed Action Judgment Creditors Witness and Exhibit List for March 4, 2024 Confirmation Hearing at 1:00 p.m. | 306 | |
| 30 | Declaration of Michael Sarrao, Executive Vice President, General Counsel, and Secretary of Alecto Healthcare Services LLC, in Support of Confirmation of the Debtor's Small Business Subchapter V Plan of Reorganization Dated December 19, 2023 | 307 | |
| 31 | Declaration of Steven Balasiano, Independent Director/Manager, in Support of Confirmation of the Debtor's Small Business Subchapter V Plan of Reorganization Dated December 19, 2023 | 308 | |
| 32 | Memorandum of Law in Support of Confirmation of the Small Business Debtor's Plan of Reorganization and Omnibus Reply to Objections to Confirmation | 310 | |
| 33 | Supplement to the Objection of the Reed Action Judgment Creditors to Confirmation of Small Business Debtor's Plan of Reorganization Proposed by the Debtor | 315 | |
| 34 | Notice of Filing of Amended Exhibits C and G to Small Business Debtor's Plan of Reorganization Proposed by the Debtor | 316 | |

| No. | Document Description | D.I. | JX[1] |
|---|---|---|---|
| 35 | Notice of Joint Exhibit Admission | 329 | |
| 36 | Transcript of March 4, 2024 Hearing | 330 | |
| 37 | Transcript of March 5, 2024 Hearing | 331 | |
| 38 | Transcript of March 13, 2024 Hearing | 342 | |
| 39 | Ruling on Confirmation of Small Business Debtor's Plan of Reorganization Proposed by the Debtor | 343 | |
| 40 | Finding of Facts and Conclusions of Law Confirming Small Business Debtor's Plan of Reorganization | 354 | |
| 41 | Notice of Appeal | 362 | |

**STATEMENT OF ISSUES ON APPEAL**

1. Whether the Bankruptcy Court erred in ruling that Alecto Healthcare Services, LLC's ("Alecto") is eligible to be a debtor under Subchapter V of the Bankruptcy Code.

2. Whether the Bankruptcy Court erred in finding that the terms of the *Confidential Settlement Agreement* dated February 16, 2022 (the "Settlement Agreement") supersede the terms of the *Purchase Agreement* dated September 23, 2014 and the *Guarantee* dated September 23, 2014.

3. Whether the Court erred in finding that Alecto had no obligation to pay LHP Hospital Group, LLC ("LHP") until LHP made a specific demand for payment to Alecto pursuant to paragraph 6(a) of the Settlement Agreement.

4. Whether the Court erred in finding that Alecto's obligations to LHP were unliquidated because the operating expenses due under the leases subject to the Guarantee (the "Leases") (i) were estimated, (ii) were subject to reconciliation on a yearly basis, or (iii) lacked the precision necessary for Alecto to determine how much it owed to LHP as of June 13, 2023 (the "Petition Date").

5. Whether the Bankruptcy Court erred in finding that Alecto's non-contingent and unliquidated debt did not exceed $7,500,000 as of the Petition Date.

6. Whether the Bankruptcy Court erred in approving Alecto Healthcare Services, LLC's ("Alecto") settlement with and release of claims against the Released Parties[2] (the "Settlement and Release") for inadequate consideration.

7. Whether, in approving the Settlement and Release, the Bankruptcy Court erred as a matter of law in ruling that Settlement and Release is reasonable because Alecto does not have any actionable causes of action for fraudulent transfer that can be brought, including an action against the members of Alecto (the "Alecto Members") for a fraudulent transfer arising from Alecto's transfer of the membership interests in Sunrise Real Estate Holdings, LLC from Alecto to the Alecto Members on June 19, 2020 (the "Sunrise REH Transaction").

8. Whether, in approving the Settlement and Release, the Bankruptcy Court erred as a matter of law (i) in ruling that the Reed Action Judgment Creditors had the burden of proving that Alecto was insolvent at the time of the Sunrise REH Transaction or became insolvent as a result of the Sunrise REH Transaction and (ii) in relying on the determination of Steve Balasiano, Alecto's independent director/manager that Alecto was solvent at the time of the Sunrise REH Transaction.

9. Whether, in approving the Settlement and Release, the Bankruptcy Court erred in finding the contribution from the Released Parties to be substantial based on the determination of Mr. Balasiano that Alecto has no actionable causes of action that could be brought against the Released Parties.

---

[2] As defined in the Small Business Debtor's Plan of Reorganization Proposed by the Debtor (the "Plan") [D.I. 261].

10. Whether the Bankruptcy Court erred as a matter of law in ruling that the injunction set forth in Article VII.4 of the Plan and in Paragraph 68 of the Confirmation Order [D.I. 261] does not create an impermissible non-consensual third-party release in favor of the Released Parties.

Dated: October 16, 2024
Wilmington, Delaware

**SULLIVAN · HAZELTINE · ALLINSON LLC**

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
William A. Hazeltine (No. 3294)
919 North Market Street, Suite 420
Wilmington, DE 19801
Tel: (302) 428-8191
Email: bsullivan@sha-llc.com
whazeltine@sha-llc.com

and

Bren J. Pomponio, Esq.
Colten L. Fleu, Esq.
Mountain State Justice, Inc.
1217 Quarrier St.
Charleston, WV 25301
Tel: (304) 326-0188
Email: colten@msjlaw.org
bren@msjlaw.ord

and

John Stember, Esq.
Maureen Davidson-Welling, Esq.
Stember Cohn & Davidson-Welling, LLC
The Harley Rose Building
425 First Avenue, 7th Floor
Pittsburgh, PA 15219
Tel: 412-338-1445
Email: jstember@stembercohn.com
mdavidsonwelling@stembercohn.com

*Counsel for The Reed Action Judgment Creditors*

**CERTIFICATE REGARDING TRANSCRIPTS**

Pursuant to Rule 8009(b)(1)(A) of the Federal Rules of Bankruptcy Procedure, Appellant hereby files this certificate stating that the transcripts have already been prepared and are included in the designation of record.

Dated: October 16, 2024
Wilmington, Delaware

**SULLIVAN · HAZELTINE · ALLINSON LLC**

*/s/ William D. Sullivan*

William D. Sullivan (No. 2820)
William A. Hazeltine (No. 3294)
919 North Market Street, Suite 420
Wilmington, DE 19801
Tel: (302) 428-8191
Email: bsullivan@sha-llc.com
whazeltine@sha-llc.com

and

Bren J. Pomponio, Esq.
Colten L. Fleu, Esq.
Mountain State Justice, Inc.
1217 Quarrier St.
Charleston, WV 25301
Tel: (304) 326-0188
Email: colten@msjlaw.org
bren@msjlaw.ord

and

John Stember, Esq.
Maureen Davidson-Welling, Esq.
Stember Cohn & Davidson-Welling, LLC
The Harley Rose Building
425 First Avenue, 7th Floor
Pittsburgh, PA 15219
Tel: 412-338-1445
Email: jstember@stembercohn.com
mdavidsonwelling@stembercohn.com

*Counsel for The Reed Action Judgment Creditors*