# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 (Subchapter V) |
| ) | |
| Alecto Healthcare Services LLC, ) | Case No. 23-10787 (JKS) |
| ) | |
| Debtor. ) | |
| _____ ) | |
| The Reed Action Judgment ) | Civil Action No. 1:24-cv-00494-GBW |
| Creditors, ) | (as consolidated) |
| ) | |
| Appellants, ) | |
| ) | |
| v. ) | |
| ) | |
| Alecto Healthcare Services LLC, ) | |
| ) | |
| Appellee. ) | |

## UNOPPOSED MOTION FOR EXTENSION OF BRIEFING SCHEDULE

Alecto Health Care Services, LLC ("Alecto" or "Appellee"), by and through its undersigned counsel, pursuant to D. Del. LR 7.1.2(c) and Federal Rule of Bankruptcy Procedure 8018(a), respectfully requests that the Court enter an order approving the following revised briefing schedule in the above captioned appeals:

1. Appellee's Answering Brief to be filed by November 27, 2024.

2. Appellant's Reply Brief to be filed by December 18, 2024.

3. The Court had previously approved a *Stipulation and Proposed Briefing Schedule for Appeals* (the "Stipulation") [D.I. 8, filed August 12, 2024] by which (1) Alecto agreed to withdraw the Motion to Dismiss pending in Case No. 23-

cv-01442-GBW [¶ 1]; the Reed Creditors agreed to file a motion to consolidate the appeal in Case No. 23-cv-01442-GBW with the appeal in Case No. 24-cv-00494-GBW [¶ 2; and the parties agreed to a briefing schedule for the issues on appeal, with the Reed Creditors opening brief(s) due on September 23, 2024.

4. The Reed Creditors filed the parties' *Joint Motion to Consolidate the Appeals* ("Motion to Consolidate") on September 17, 2024 [D.I. 9].

5. On September 19, the Court approved the Appellants' *Unopposed Motion for Extension of Briefing Schedule* that set Appellants' Opening Brief deadline as October 14, 2024; Appellee's Answering Brief deadline as November 20, 2024; and Appellants' Reply Brief deadline as December 6, 2024.

6. On October 15, 2024, Appellants filed their Opening Brief.

7. Appellee now requests that the Court approve a further extension of the deadline for Appellee to file its Answering Brief for one week to November 27, 2024, and requests that the Court also extend the Appellants' deadline to file their Reply Brief one additional week to December 18, 2024. The extensions are necessary to accommodate Appellee's counsel's unanticipated medical procedure scheduled for Friday, November 15, 2024 and likely recovery period.

Certification of Counsel

This motion is brought in good faith and without the intent to delay these

proceedings. Pursuant to D. Del. LR 7.1.1, Appellee states that the Appellants do not oppose this motion and the parties have jointly proposed the revised briefing schedule.

WHEREFORE, Appellee respectfully requests that the Court enter the proposed order attached hereto approving the schedule set forth above.

Dated: November 12, 2024

| **MORRIS JAMES LLP** | **SULLIVAN HAZELTINE ALLINSON LLC** |
|---|---|
| /s/ *Carl N. Kunz, III* | */s/ William D. Sullivan* |
| Carl N. Kunz, III (No. 3201) | William D. Sullivan (No. 2820) |
| Jeffrey R. Waxman (No. 4159) | William A. Hazeltine (No. 3294 |
| Brya M. Keilson (No. 4643) | 919 North Market Street, Suite 420 |
| 500 Delaware Avenue, Suite 1500 | Wilmington, DE  19801 |
| Wilmington, DE 19801 | Tel. (302) 428-8191 |
| Tel: (302) 888-6800 | E-mail: bsullivan@sha-llc.com |
| Fax: (302) 571-1750 | E-mail: whazeltine@sha-llc.com |
| E-mail: ckunz@morrisjames.com | |
| E-mail: jwaxman@morrisjames.com | and |
| E-mail: bkeilson@morrisjames.com | |
| | Bren J. Pomponio, Esq. |
| *Counsel to the Appellee* | Colten L. Fleu, Esq. |
| | Mountain State Justice, Inc. |
| | 1217 Quarrier St. |
| | Charleston, WV  25301 |
| | Tel. (302) 326-0188 |
| | Email: bren@msjlaw.org |
| | Email: colten@msjlaw.org |
| | and |

3

John Stember, Esq.
Maureen Davidson-Welling, Esq.
Stember Cohn & Davidson-Welling, LLC
The Harley Rose Building
425 First Avenue, 7th Floor
Pittsburgh, PA 15219
Tel. (412) 338-1445
E-mail: jstember@stembercohn.com
E-mail: mdavidsonwelling@stembercohn.com

*Counsel to the Appellants*