# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 (Subchapter V) |
| | ) | |
| Alecto Healthcare Services LLC, | ) | Case No. 23-10787 (JKS) |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| The Reed Action Judgment Creditors, | ) | Civil Action No. 24-cv-494-GBW |
| | ) | (Lead) |
| Appellants, | ) | |
| | ) | Civil Action No. 23-1442-GBW |
| v. | ) | (Consolidated) |
| | ) | |
| Alecto Healthcare Services LLC, | ) | |
| | ) | |
| Appellee. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that appellants, the Reed Action Judgment Creditors, hereby appeal to the United States Court of Appeals for the Third Circuit from this Court's *Memorandum Opinion* dated March 31, 2025 [Dkt. No. 21] (attached hereto as **Exhibit A**) and the *Order* dated March 31, 2025 [Dkt. No. 22] (attached hereto as **Exhibit B**), which affirmed (i) the Bankruptcy Court's December 4, 2023 *Order Denying Objection of the Reed Action Judgment Creditors to Debtor's Designation of this Case as a Subchapter V Case and Motion to Revoke Debtor's Designation as a Subchapter V Debtor Designation Order* [Bankr. Ct. D.I. 243] and (ii) the Bankruptcy Court's April 4, 2024 *Findings of Facts and Conclusions of Law Confirming Small Business Debtor's Plan of Reorganization* [Bankr. Ct. D.I. 354].

The parties to the *Memorandum Opinion* and *Order* appealed from, and the names, addresses, and telephone numbers of their respective attorneys, are as follows:

| Party | Attorneys |
|---|---|
| The Reed Action Judgment Creditors | **SULLIVAN · HAZELTINE · ALLINSON LLC**<br>William D. Sullivan (No. 2820)<br>William A. Hazeltine (No. 3294)<br>919 North Market Street, Suite 420<br>Wilmington, DE 19801<br>Tel: (302) 428-8191<br>Email: bsullivan@sha-llc.com<br>           whazeltine@sha-llc.com<br><br>-and-<br><br>Bren J. Pomponio, Esq.<br>Colten L. Fleu, Esq.<br>Mountain State Justice, Inc.<br>1217 Quarrier St.<br>Charleston, WV 25301<br>Tel: (304) 326-0188<br>Email:  bren@msjlaw.org<br>            colten@msjlaw.org<br><br>-and-<br><br>John Stember, Esq.<br>Maureen Davidson-Welling, Esq.<br>Stember Cohn & Davidson-Welling, LLC<br>The Harley Rose Building<br>425 First Avenue, 7th Floor<br>Pittsburgh, PA 15219<br>Tel: 412-338-1445<br>Email: jstember@stembercohn.com<br>            mdavidsonwelling@stembercohn.com |
| Alecto Healthcare Services LLC | **Morris James LLP**<br>Carl N. Kutz, III<br>Jeffrey R. Waxman, Esq.<br>Douglas N. Candeub, Esq.<br>Christopher M. Donnelly, Esq.<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Tel: 302-658-9200<br>ckunz@morrisjames.com<br>jwaxman@morrisjames.com<br>dcandeub@morrisjames.com<br>cdonnelly@morrisjames.com |

Dated: April 30, 2025

**SULLIVAN · HAZELTINE · ALLINSON LLC**

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
William A. Hazeltine (No. 3294)
919 North Market Street, Suite 420
Wilmington, DE 19801
Tel: (302) 428-8191
Email: bsullivan@sha-llc.com
   whazeltine@sha-llc.com

and

Bren J. Pomponio, Esq.
Colten L. Fleu, Esq.
Mountain State Justice, Inc.
1217 Quarrier St.
Charleston, WV 25301
Tel: (304) 326-0188
Email: colten@msjlaw.org
   bren@msjlaw.org

and

John Stember, Esq.
Maureen Davidson-Welling, Esq.
Stember Cohn & Davidson-Welling, LLC
The Harley Rose Building
425 First Avenue, 7th Floor
Pittsburgh, PA 15219
Tel: 412-338-1445
Email: jstember@stembercohn.com
   mdavidsonwelling@stembercohn.com

*Counsel for The Reed Action Judgment Creditors*

3