# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 (Subchapter V) |
| | ) | |
| Alecto Healthcare Services LLC, | ) | Case No. 23-10787 (JKS) |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| The Reed Action Judgment Creditors, | ) | Civil Action No. 1:24-cv-00494-GBW |
| | ) | (as consolidated) |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Alecto Healthcare Services LLC, | ) | |
| | ) | |
| Appellee. | ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Brya M. Keilson, Esquire, formerly of Morris James LLP, hereby withdraws her appearance as counsel to the Appellee, Alecto Healthcare Services LLC (the "Appellee"), and should be removed from all service lists as counsel to the Appellee.

**PLEASE TAKE FURTHER NOTICE** that Morris James LLP remains as counsel to Appellee and this notice only affects the removal of one attorney.

Dated: May 27, 2026

**MORRIS JAMES LLP**

*/s/ Jeffrey R. Waxman*
Jeffrey R. Waxman (DE Bar No. 4159)
3205 Avenue North Blvd., Suite 100
Wilmington, DE 19803
Telephone: (302) 888-6800
E-mail: jwaxman@morrisjames.com

*Counsel for Appellee*

17919310/1